*E-FILED - 11/21/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. MESA, | C 08-4298 RMW (PR) |
| Petitioner, | ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME |
| vs. | |
| LARRY SMALL, Warden, | (Docket No. 7) |
| Respondent. | |

Good cause appearing, respondent is hereby granted an extension of time, up to and including January 28, 2009, in which to file a motion or answer to the petition for habeas corpus. Petitioner shall file any opposition within 30 days thereafter. Respondent shall file any response within 15 days from the date petitioner files his opposition.

This order terminates docket no. 7.

IT IS SO ORDERED.

DATED: 11/19/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Respondent's Application for Extension of Time
P:\PRO-SE\SJ.Rmw\HC.08\Mesa298eot.wpd        1