*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. MESA, ) | C 08-4298 RMW (PR) |
|   Petitioner, ) | ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME |
| vs. ) | |
| LARRY SMALL, Warden, ) | (Docket No. 11) |
|   Respondent. ) | |

    Good cause appearing, respondent is hereby granted a second extension of time, up to and including February 27, 2009, in which to file an answer to the petition for habeas corpus. No further extensions will be favored.

    Petitioner shall file any traverse within 30 days of the filing date of respondent's answer.

    This order terminates docket no. 11.

    IT IS SO ORDERED.

DATED: 2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge